UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Criminal No. 11-cr-20209
                                            HON. GEORGE CARAM STEEH

vs.

D-1 SIMONE S. BAILEY,

    Defendant.

_____/

## ORDER DISMISSING SUMMONS

On this date, the defendant, her counsel, and the Assistant United States Attorney appeared for a show cause hearing in connection with a Violation Report submitted by United States Probation Officer Warren L. Henson, concerning events of March 27, 2012.

Assistant United States Attorney C. Barrington Wilkins, advised the court that his investigation of the Violation Report left him doubtful of the defendant's knowledge and culpability for the occurrences on March 27, 2012. He requested, along with defense counsel, that the show cause order be dismissed.

Accordingly,

IT IS SO ORDERED.

Dated: May 3, 2012

                                               S/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 3, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk